**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AMERICAN HOSPITAL ASSOCIATION and
HEALTH FORUM LLC,

      Plaintiffs,

   v.

PATIENTRIGHTSADVOCATE.ORG, INC.

      Defendant.

Case No. 1:25-cv-15137

Judge Martha M. Pacold

**JOINT STATUS REPORT**

Pursuant to this Court's minute orders of February 18, 2026 (Doc.35), and February 20, 2026 (Doc.36), the parties make the following joint status report.

1.     Defendant's operative motion to dismiss is Doc.31. The document filed as Doc.34 was intended to be a courtesy copy of Doc.31 and was filed on the docket in error. Defendant requests that Doc.34 be struck from the record. Plaintiffs do not object to this request.

2.     Plaintiffs plan to oppose Defendant's motion for judicial notice (Doc.32).

3.     The parties propose briefing both the motion to dismiss (Doc.31) and the motion for judicial notice (Doc.32) on the same schedule, with Plaintiffs' responses due on March 27, 2026, and Defendant's replies due on April 24, 2026.

1

Dated:  February 24, 2026

    */s/ Jonathan C. Bond*
Jonathan C. Bond (*pro hac vice*)
Elizabeth P. Papez
Howard S. Hogan (*pro hac vice*)
Heather Skrabak (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036
Phone: (202) 955-8500
JBond@gibsondunn.com
EPapez@gibsondunn.com
HHogan@gibsondunn.com
HSkrabak@gibsondunn.com

Patrick J. Fuster (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Phone: (213) 229-7000
PFuster@gibsondunn.com

*Counsel for Plaintiffs American Hospital Association and Health Forum LLC*

Respectfully submitted.

    */s/ Jeffrey M. Harris*
Jeffrey M. Harris (*pro hac vice*)
Cameron T. Norris
Ryan M. Proctor (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
Jeff@consovoymccarthy.com
Ryan@consovoymccarthy.com
Matt@consovoymccarthy.com

*Counsel for Defendant PatientRightsAdvocate.org, Inc.*

2