**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION and HEALTH FORUM LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PATIENTRIGHTSADVOCATE.ORG, INC. <br><br> Defendant. | Case No. 1:25-cv-15137 <br><br> Judge Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to this Court's minute order of April 23, 2026 (Doc. 44), the parties respectfully submit the following joint status report:

1.      No settlement discussions have occurred.

2.      No settlement discussions are ongoing, and the parties do not believe that they would be productive at the present time.

3.      The parties do not request a further joint status report or status hearing.

4.      The parties jointly request that any status hearing, scheduling conference, Rule 26 disclosures, and discovery be deferred pending the Court's resolution of Defendant's motion to dismiss (Doc. 31) and motion for judicial notice (Doc. 32), which are fully briefed.

5.      The parties jointly submit that oral argument on those pending motions at the Court's convenience may assist the Court's consideration.

1

Dated:  May 7, 2026

    */s/ Jonathan C. Bond*
Jonathan C. Bond (*pro hac vice*)
Elizabeth P. Papez
Howard S. Hogan (*pro hac vice*)
Heather L. Skrabak (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
JBond@gibsondunn.com
EPapez@gibsondunn.com
HHogan@gibsondunn.com
HSkrabak@gibsondunn.com

Patrick J. Fuster (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
PFuster@gibsondunn.com

*Counsel for Plaintiffs American Hospital
Association and Health Forum LLC*

Respectfully submitted.

    */s/ Jeffrey M. Harris*
Jeffrey M. Harris (*pro hac vice*)
Cameron T. Norris
Ryan M. Proctor (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
Jeff@consovoymccarthy.com
Cam@consovoymccarthy.com
Ryan@consovoymccarthy.com

*Counsel for Defendant
PatientRightsAdvocate.org, Inc.*