**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AMERICAN HOSPITAL ASSOCIATION and
HEALTH FORUM LLC,

*Plaintiffs,*

v.

PATIENTRIGHTSADVOCATE.ORG, INC.

*Defendant.*

Case No. 1:25-cv-15137

Hon. Martha Pacold

### CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT

Defendant PatientRightsAdvocate.Org respectfully requests that the Court reschedule oral argument on PRA's motion to dismiss, currently set for August 4, 2026. Plaintiffs consent to this request.

1. Pending before the Court are PRA's motion to dismiss the case for failure to state a claim (Doc.31) and accompanying motion for judicial notice (Doc.32).

2. On May 7, 2026, the parties jointly submitted that oral argument on PRA's motions might assist the Court's consideration of them. Doc.47 ¶5.

3. On May 11, the Court scheduled oral argument on these motions for August 4, 2026. Doc.48.

4. PRA's lead counsel is unable to attend argument on August 4 due to a long-planned family commitment. PRA thus respectfully requests that the Court set argument for a different date.

5. No party will be prejudiced by this request. This motion is being filed the day after the hearing was scheduled, and Plaintiffs' counsel consents to this request.

6. The parties have conferred about alternative dates for the hearing. All counsel are available the following dates: August 31, September 1, 8-11, 14-18, and 21-25. The parties would be happy to supply additional dates if none of these are convenient for the Court.

**CONCLUSION**

Defendants respectfully request that the Court reschedule the August 4 hearing and appreciate the Court's willingness to consider this request.

Dated: May 12, 2026

Respectfully submitted,

 _/s/ Jeffrey M. Harris_
Jeffrey M. Harris*
Cameron T. Norris
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*admitted pro hac vice

Counsel for Defendant

2