**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION and HEALTH FORUM LLC,<br>*Plaintiffs*,<br>v.<br>PATIENTRIGHTSADVOCATE.ORG, INC.<br>*Defendant*. | Case No. 1:25-cv-15137<br><br>Hon. Martha Pacold |

## NOTICE

In advance of the August 31 motion hearing, Defendant PatientRightsAdvocate.Org (PRA) notifies the Court of two developments that might be discussed at the hearing.

*First*, as noted in the briefing, the *Manual* is updated annually and licensed on a one-year cycle. *See* MTD (Doc.31) at 7, 28; *Manual* Purchase Webpage (Doc.31-5) at 2; MTD Opp. (Doc.42) at 25 (not disputing that PRA acquired a license "for the 2026 edition of the *Manual*"); MTD Reply (Doc.45) at 5. The 2027 edition was released on July 1, 2026. As of that date, the 2026 edition is no longer available, and PRA no longer has access to it. *See Manual* Purchase Webpage 2 (2026 edition of the *Manual* will "expire" after "June 30, 2026, the end of the licensing period"). Consistent with its representations in the briefing, PRA has not entered into any license agreement with respect to the current-edition 2027 *Manual*. *See* MTD.28 ("Plaintiffs do not allege that PRA or its agents have purchased any other past or future editions.").

*Second*, PRA recently filed a separate lawsuit in this Court against the American Medical Association (AMA) raising similar legal issues to the ones in this case. *See PatientRightsAdvocate.Org, Inc. v. Am. Med. Ass'n*, No. 1:26-cv-9746 (filed Aug. 13, 2026). This suit challenges the copyrights underlying the reference work *Current Procedural Terminology* (*CPT*), which establishes a system of five-digit codes to classify medical services provided by physicians. *See PRA* Compl. (Ex.A) ¶¶12-13. As

with the *UB-04 Manual*, federal HIPAA regulations require the use of *CPT* in electronic transactions, ¶¶26-28, and several States expressly incorporate *CPT* by reference into the text of their regulations, ¶¶29-30. PRA challenges whether *CPT* is copyrightable and argues that disclosing it would be fair use. The new suit underscores that the issues presented in this case are important and recurring, and have potentially far-reaching impact for transparency in the health care system.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Cameron T. Norris
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

**admitted pro hac vice*

*Counsel for Defendant*