**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION and HEALTH FORUM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PATIENTRIGHTSADVOCATE.ORG, INC.<br><br>Defendant. | Case No. 1:25-cv-15137<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

Plaintiffs American Hospital Association and Health Forum, LLC and Defendant PatientRightsAdvocate.Org, Inc. respectfully submit the following status report:

1. At the hearing on October 29, 2026, on Defendant's motion to dismiss, the Court directed the parties to confer about potential procedural avenues for further proceedings and to submit a joint status report by November 12, 2026.

2. The parties have conferred and anticipate submitting a joint proposal to govern further proceedings for the Court's consideration.

3. The parties are continuing to discuss details of the joint proposal and respectfully request leave to submit a further status report setting forth the proposal within one week (*i.e.*, on or before November 19).

Dated: November 12, 2026

*/s/ Jonathan C. Bond*

Jonathan C. Bond (*pro hac vice*)
Elizabeth P. Papez
Howard S. Hogan (*pro hac vice*)
Heather L. Skrabak (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
JBond@gibsondunn.com
EPapez@gibsondunn.com
HHogan@gibsondunn.com
HSkrabak@gibsondunn.com

Patrick J. Fuster (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
PFuster@gibsondunn.com

*Counsel for Plaintiffs American Hospital Association and Health Forum LLC*

Respectfully submitted.

*/s/ Jeffrey M. Harris*

Jeffrey M. Harris (*pro hac vice*)
Cameron T. Norris
Ryan M. Proctor (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
Jeff@consovoymccarthy.com
Cam@consovoymccarthy.com
Ryan@consovoymccarthy.com

*Counsel for Defendant PatientRightsAdvocate.org, Inc.*