**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN HOSPITAL ASSOCIATION and HEALTH FORUM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PATIENTRIGHTSADVOCATE.ORG, INC.<br><br>Defendant. | Case No. 1:25-cv-15137<br><br>Judge Martha M. Pacold |

**JOINT STATUS REPORT**

Plaintiffs American Hospital Association and Health Forum, LLC and Defendant Patient-RightsAdvocate.Org, Inc. respectfully submit the following status report:

1. At the hearing on October 29, 2026, on Defendant's motion to dismiss, the Court directed the parties to confer about potential procedural avenues for further proceedings and to submit a joint status report. The parties have conferred and jointly propose the following:

2. The parties propose to file cross-motions for partial summary judgment limited to the issue of copyrightability. The parties intend to leave for later resolution all other arguments and claims, including Plaintiffs' arguments based on the license agreement's no-contest clause, Defendant's fair-use defense, and Plaintiffs' claims for breach of contract (Counts II and III). By seeking partial summary judgment on copyrightability, neither side is waiving any arguments or claims or the ability to rely on a further developed record at later stages of the case.

3. In seeking partial summary judgment on copyrightability, the parties also are not asking the Court to find any facts or decide any disputes of fact, but rather to decide the legal issues to the extent the Court concludes that there are no genuine disputes of material fact.

4. The parties intend to disclose to each other in advance of briefing the materials on

which they intend to rely, with opportunity for supplementation.

5. The parties propose the following schedule:

a. December 15, 2026: The parties disclose and produce to each other the materials on which they intend to rely in seeking partial summary judgment, including any proposed stipulations. Plaintiffs will produce, in addition to any other materials on which they will rely, copies of the 2026 and 2027 editions of the *UB-04 Manual*. Plaintiffs intend to submit those editions to the Court under seal with their summary-judgment motion and will provide them to Defendant on December 15 subject to an appropriate protective order to be jointly proposed by the parties.

b. December 22, 2026: The parties disclose and produce to each other any additional materials on which they intend to rely in light of the other party's initial disclosure and production. Should any disputes arise regarding materials on which they intend to rely, the parties will meet and confer and attempt to resolve the issues in good faith.

c. January 19, 2026: Plaintiffs and Defendant each file opening briefs (limited to 25 pages) in support of their respective motions for partial summary judgment, accompanied by Local Rule 56.1(a)(2) statements of undisputed material facts.

d. February 16, 2026: Plaintiffs and Defendant each file opposition briefs (limited to 25 pages) to the opposing party's motion for partial summary judgment, accompanied by Local Rule 56.1(b)(2)-(3) responses to the statements of undisputed material facts and any statements of additional undisputed material facts.

e. March 9, 2026: Plaintiffs and Defendant each file reply briefs (limited to 15

pages) in support of their respective motions for partial summary judgment, and Local Rule 56.1(c)(2) responses to any statements of additional undisputed material facts.

6. The parties are available to present oral argument at the Court's convenience as the Court may direct.

Dated: November 19, 2026

*/s/ Jonathan C. Bond*

Jonathan C. Bond (*pro hac vice*)
Elizabeth P. Papez
Howard S. Hogan (*pro hac vice*)
Heather L. Skrabak (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
JBond@gibsondunn.com
EPapez@gibsondunn.com
HHogan@gibsondunn.com
HSkrabak@gibsondunn.com

Patrick J. Fuster (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7000
PFuster@gibsondunn.com

*Counsel for Plaintiffs American Hospital Association and Health Forum LLC*

Respectfully submitted.

*/s/ Jeffrey M. Harris*

Jeffrey M. Harris (*pro hac vice*)
Cameron T. Norris
Ryan M. Proctor (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
Jeff@consovoymccarthy.com
Cam@consovoymccarthy.com
Ryan@consovoymccarthy.com

*Counsel for Defendant PatientRightsAdvocate.org, Inc.*